**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-502**

In Re:  RICHARD L. WRIGHT; EDNA E. WRIGHT,

Petitioners.

On Petition for Writ of Mandamus.  (CA-97-3167-L)

Submitted:  March 17, 1998          Decided:  June 23, 1998

Before MURNAGHAN, WILKINS, and NIEMEYER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Richard L. Wright, Edna E. Wright, Petitioners Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioners filed this petition for a writ of mandamus seeking to have this court direct the district court to act on their complaint. Because there has been no undue delay in the district court, we deny the petition. We grant leave to proceed in forma pauperis, and we deny Petitioners' motions for a temporary restraining order, an interlocutory injunction, and to expand the record. We note that the motion to expedite is moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED